**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**


**RANDY WARE, ON BEHALF OF HIMSELF**
**AND OTHERS SIMILARLY SITUATED**                                        **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO:  5:09CV00113(DCB)(JMR)**


**SUN KOON RESTAURANT, INC.**                                        **DEFENDANT**

## AGREED ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby finds that settlement is fair and orders that all of the Plaintiffs' claims in the above-titled action against Defendant, the Sun Koon Restaurant, Inc., are hereby dismissed with prejudice.

IT IS, THEREFORE, ORDERED that all of Plaintiffs' claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the <u>24th</u> day of November, 2009.


<u>s/David Bramlette</u>
UNITED STATES DISTRICT COURT JUDGE


<u>/s/ Jennifer M. Bermel</u>
JENNIFER M. BERMEL
Attorney for Plaintiffs


<u>/s/ Gary E. Friedman</u>
GARY E. FRIEDMAN
Attorney for Defendant